JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW BOEMAN WILLIAMS, | ) | CASE NO. ED CV 20-0015-VAP (PJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GEORGE JAIME, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:   April 15, 2020

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE